O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 08-7915 AHM (FMOx) | Date | May 6, 2009 |
|---|---|---|---|
| Title | METROPOLITAN LIFE INSURANCE COMPANY v. LINDA VASQUEZ, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys **NOT** Present for Plaintiffs:          Attorneys **NOT** Present for Defendants:

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

   The Court hereby DISCHARGES its April 17, 2009 Order to Show Cause re Dismissal for Lack of Prosecution[1] of this interpleader action, and extends by 30 days the deadline for Beatrice Vasquez to respond to the Complaint.

|  | : |
|---|---|
| Initials of Preparer | SMO |

---

[1] Docket No. 6.